UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOEL AMETH GIRON CAMARGO,

     Petitioner,

  v.                            Case No.:  2:26-cv-00767-SPC-NPM

PAMELA JO BONDI *et al*,

     Respondents.

                               /

## **OPINION AND ORDER**

Before the Court are Joel Ameth Giron Camargo's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 7).  For the below reasons, the Court grants the petition in part.

Giron Camargo is a native and citizen of Panama who entered the United States in March 2020 through a nonimmigrant Visitor for Pleasure visa and stayed beyond the visa's expiration.  Giron Camargo was later charged with possession of a controlled substance.  On November 4, 2021, a Florida judge withheld adjudication and imposed 18 months of probation.  Immigration and Customs Enforcement placed Giron Camargo in immigration custody on February 21, 2026.  Giron Camargo challenges the legality of his detention because he has not been afforded any kind of administrative review.  In response, the government asserts he is subject to mandatory detention under 8 U.S.C. § 1226(c) because of the 2021 drug charge.  But, the government

expresses willingness to hold a bond hearing upon Giron Camargo's request. The Court finds a bond hearing to be a just and expedient way to resolve the parties' dispute.

Accordingly,

**ORDERED**:

Joel Ameth Giron Camargo's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED in part**.

(1)    Within **ten days** of this Opinion and Order, the respondents shall bring Giron Camargo for an individualized bond hearing before an immigration judge.

(2)    The respondents shall deliver a copy of this Order to Giron Camargo at the facility where he is currently detained.

(3)    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on March 31, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

2